ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Sansome Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al., <br><br> Plaintiffs, <br><br> vs. <br> REDWOOD CITY DODGE, INC., etc. <br><br> Defendant. | NO. C 04 2243 JSW <br><br> STIPULATION TO CONTINUE MEDIATION DATE AND MOTION HEARING DATE; <u>ORDER</u> |

It is stipulated that the last date for a mediation hearing in this case shall be continued from May 18, 2005 to June 17, 2005. The last date of hearing a dispositive motion and for a case management hearing shall be continued from July 15, 2005 to July 29, 2005.

////
////
////
////
////
////

<u>DECL OF COUNSEL REQUESTING THAT ORDER TO SHOW CAUSE BE CONTINUED</u>

1

| | | |
|---|---|---|
| 1 | Date: April 27, 2005 | ERSKINE & TULLEY |
| 2 | | A PROFESSIONAL CORPORATION |
| 3 | | |
| 4 | | By: _____ |
| | | Michael J. Carroll |
| | | Attorneys for Plaintiffs |
| 5 | Date: April 27, 2005 | ERSKINE & TULLEY |
| 6 | | A PROFESSIONAL CORPORATION |
| 7 | | |
| 8 | | By: _____ |
| | | Adam C. Kent |
| | | Attorneys for Defendant |

9 ORDER

10 IT IS TO ORDERED       /s/ Jeffrey S. White

11    Dated: April 28, 2005       Judge Jeffrey S. White

DECL OF COUNSEL REQUESTING THAT ORDER TO SHOW CAUSE BE CONTINUED
2