```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Sansome Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES PENSION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> REDWOOD CITY DODGE, INC., etc., <br><br> Defendant. | NO.  C 04 2243 JSW <br><br> **JUDGMENT PURSUANT TO STIPULATION** |

It appearing that Plaintiffs BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES PENSION FUND; JIM BENO, TRUSTEE, through their attorneys, and defendant, REDWOOD CITY DODGE, INC., a California corporation, have stipulated that Plaintiffs have and recover judgment from Defendant and it appearing that the Stipulation is in all respects proper and that the Stipulation provides for judgment against defendant in the amount of $38,621.37,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES PENSION FUND, have and recover

1  judgment from defendant, REDWOOD CITY DODGE, INC., a California corporation,
2  in the amount of 38,621.37, which amount is composed of the following:
3      1. Contributions due for the period January 1, 2001 through
4  December 31, 2003 in the amount of $24,928.80; and
5      2. Liquidated damages in the amount of $9,399.69;
6      3. Interest due to date pursuant to contract in the amount of
7  $2,492.88.
8      3. Audit Testing Fees in the amount of $1,500.00
9      4. Court costs incurred in this action in the amount of
10 $300.00.
11 Dated: July 6, 2005

                /s/ Jeffrey S. White
                **Judge Jeffrey S. White**

JUDGMENT PURSUANT TO STIPULATION
2